**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Robert A. Green     v. Unied States of America

No. 14-5057

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:  Robert A. Greeen
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Steven H. Jesser |
| Law firm: | Steven H. Jesser, Attorney at Law, P.C, |
| Address: | 2700 Patriot Boulevard, Suite 250 |
| City, State and ZIP: | Glenview, IL 60026-8021 |
| Telephone: | 847-424-0200 |
| Fax #: | 800-330-9710 |
| E-mail address: | shj@sjesser.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/31/2009

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

_____        _____
Date                    Signature of pro se or counsel

cc: /s/ Steven H. Jesser, dated 3/3/2014

123

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Mar 31, 2014
by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| Steven H. Jesser | /s/ Steven H. Jesser |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Steven H. Jesser, Attorney at Law, P.C.

Address: 2700 Patriot Boulevard, Suite 250

City, State, ZIP: Glenview, IL 60026-8021

Telephone Number: 847-424-0200

FAX Number: 800-330-9710

E-mail Address: shj@sjesser.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.